**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
blevine@pszjlaw.com

James S. Carr, Esq.
Dana P. Kane, Esq.
Sean T. Wilson, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com
swilson@kelleydrye.com

*Counsel to the Liquidation Trustee*

In re:

RTW RETAILWINDS, INC.,*1*

                    Debtor.

Case No.: 20-18445 (JKS)

Chapter 11

**Judge:  Hon. John K. Sherwood**

---

1 The remaining Debtor in this chapter 11 case and the last four digits of the Debtor's federal tax identification
number is RTW Retailwinds, Inc. (1445). By order and final decree entered February 22, 2021, the chapter 11
cases of the Debtor's affiliates were closed [Docket No. 844].

META Advisors LLC, in its capacity as Liquidation
Trustee of the RTW Liquidation Trust,

Adv. Proc. No. <u>22- 01170</u>      (JKS)

Plaintiff,

v.

ELITE MODEL MANAGEMENT, LLC,
                    Defendant.

---

## <u>CERTIFICATE OF SERVICE</u>

I, Michael A. Matteo:

1.

☐  represent the_____in this matter.
☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents
The Liquidation Trustee in this matter.
☐ am the_____in this matter am representing myself.

2.     On June 27, 2022, I caused copies of the following pleadings and/or documents to the
       parties listed in the chart attached *COMPLAINT; SUMMONS AND NOTICE OF
       PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; COURT
       INSTRUCTIONS; PROPOSED JOINT ORDER SCHEDULING PRETRIAL
       PROCEEDINGS AND TRIAL AND MEDIATION ORDER*

4.     I certify under penalty of perjury that the above documents were sent using the mode of
       service indicated.

Date: June 27, 2022                    */s/ Michael A. Matteo*
                                       Michael A. Matteo

| Name and Address of Party Served | Relationship of Party to the | Mode of Service |
|---|---|---|
| ELITE MODEL MANAGEMENT, LLC ATTN: DAVID SENUTO, OFFICER 245 FIFTH AVENUE, 24TH FLOOR NEW YORK, NY 10016 | CEO OF DEFENDANT | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| *CORPORATION SERVICE COMPANY, R/A FOR ELITE MODEL MGMT, LLC 251 LITTLE FALLS DRIVE WILMINGTON, DE  19808* | REGISTERED AGENT FOR DEFENDANT | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  |  |
|  |  |  |

*rev.8/1/16*