**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Beth E. Levine, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
blevine@pszjlaw.com

James S. Carr, Esq.
Dana P. Kane, Esq.
Sean T. Wilson, Esq.
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com
swilson@kelleydrye.com

*Counsel to the Liquidation Trustee*

| | |
|---|---|
| In re:<br><br>RTW RETAILWINDS, INC.,[1]<br><br>                         Debtor. | Case No.: 20-18445 (JKS)<br><br>Chapter 11<br><br>**Judge:  Hon. John K. Sherwood** |

---

[1] The remaining Debtor in this chapter 11 case and the last four digits of the Debtor's federal tax identification number is RTW Retailwinds, Inc. (1445).  By order and final decree entered February 22, 2021, the chapter 11 cases of the Debtor's affiliates were closed [Docket No. 844].

| | |
|---|---|
| META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>ELITE MODEL MANAGEMENT, LLC,<br><br>Defendant. | Adv. Proc. No. 22-01170 (JKS) |

## STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

Plaintiff, META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust ("Plaintiff") and defendant, Elite Model Management, LLC ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on June 24, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on June 27, 2022; and

WHEREAS, on June 27, 2022, Defendant was served with the Summons and Complaint;

The parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendant is required to answer the Complaint is extended through and including August 15, 2022.

2. Defendant does not challenge personal jurisdiction and waives any objection to service of process of the summons and complaint in this adversary proceeding.

| | |
|---|---|
| Dated: June 28, 2022 | Dated: June 28, 2022 |
| **KELLEY DRYE & WARREN LLP** | **DENLEA & CARTON LLP** |
| */s/ James S. Carr* | /*s/ Steven R. Schoenfield* |
| James S. Carr, Esq. | Steven R. Schoenfeld, Esq. |
| Dana P. Kane, Esq. | 2 Westchester Park Drive, Suite 410 |
| Sean T. Wilson, Esq. | White Plains, NY 10604 |
| One Jefferson Road, Second Floor | (914) 331-0100 office |
| Parsippany, NJ 07054 | (917) 626-6491 cell |
| Telephone: (973) 503-5900 | sschoenfeld@denleacarton.com |
| Facsimile: (973) 503-5950 | |
| jcarr@kelleydrye.com | *Counsel to Defendant* |
| dkane@kelleydrye.com | |
| swilson@kelleydrye.com | |

and

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Beth E. Levine, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
blevine@pszjlaw.com

*Counsel to the Liquidation Trustee*